**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-mj-278 (RMM)** |
| **v.** | : | |
| | : | |
| **DILLON PAUL HOMOL,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE STATUS HEARING**
**AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully move this Court to continue the status hearing currently scheduled for June 28, 2021, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from June 28, 2021 until the date of the next status hearing in this case, to be determined by the Court.  In support whereof, the government states as follows:

1.     The defendant was charged by criminal complaint on March 4, 2021, on charges of Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) & 2; Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1) & (2); and Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D) & (G).

2.     The defendant was arrested on March 16, 2021, and an Initial Appearance was held in the Middle District of Florida on March 17, 2021, following which the defendant was released on bond pending trial.

3.     An Initial Appearance was held in this District on April 28, 2021.  The Court scheduled a further status hearing for June 28, 2021, at 1:00 p.m.

4.      The government has since begun the discovery process, and the parties have engaged in preliminary discussions regarding possible resolutions of the case short of trial.

5.      The parties respectfully request a continuance of approximately 60 days to facilitate the discovery process and further discussions between the parties.  The parties are available and propose dates on August 24, 25, or 26, subject to the Court's availability.

6.      The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from June 28, 2021 until the date of the next status hearing in this case, to be determined by the Court.  This additional period is necessary to allow the Defendant to fully review the discovery in the case, and to allow the parties to engage in discussions regarding possible resolutions of the case.  Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the Defendant in a speedy trial.

7.      Counsel for the government has conferred with defense counsel regarding this motion.  The Defendant joins the motion to continue the status hearing and waives his rights under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that the status hearing in this case currently scheduled for June 28, 2021 be continued until August 24, 25, or 26, at such time as the Court may determine, and that the time from June 28, 2021 until the date of the next status hearing in this case be excluded from computation under the Speedy Trial Act.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     */s/ Christopher B. Brown*
        Christopher B. Brown
        Assistant United States Attorney
        D.C. Bar No. 1008763
        555 Fourth Street, N.W., Room 4241
        Washington, DC 20530
        Christopher.Brown6@usdoj.gov
        (202) 252-7153