UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-mj-278 (RMM) |
| v. : | |
| : | |
| DILLON PAUL HOMOL, : | |
| : | |
| Defendant. : | |

# ORDER

Upon consideration of the parties' Joint Motion To Continue Status Hearing and To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that the status hearing currently scheduled for June 28, 2021 at 1:00 p.m. be continued until August 24, 2021, at 1:00 p.m. before Magistrate Judge Robin M. Meriweather;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from June 28, 2021 until August 24, 2021, be excluded from computation of time under the Speedy Trial Act in this case. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial, as the continuance will provide defense counsel time to review the voluminous discovery in this matter and provide time for the parties to continue their discussions for a disposition of this matter short of trial.

HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE