UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-mj-278 (RMM) |
| v. | : | |
| | : | |
| DILLON PAUL HOMOL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the parties' Joint Motion To Continue Status Hearing and To Exclude Time Under Speedy Trial Act, it is therefore

**ORDERED** that the status hearing currently scheduled for October 21, 2021 at 1:00 p.m. be continued for good cause to January 20, 2022; and is is further

**ORDERED** that the time between October 21 2021 and January 20, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will give defense counsel time to review the voluminous discovery in this matter and will allow time for the parties to continue their discussions for a disposition of this matter short of trial.

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE