UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-mj-278 (RMM) |
| v. | : | |
| | : | |
| DILLON PAUL HOMOL, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Elizabeth N. Eriksen is entering her appearance in the above-captioned matter as counsel for the United States.

|  | Respectfully submitted, |
|---|---|
| DATED: May 17, 2022 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | /s/ Elizabeth N. Eriksen<br>ELIZABETH N. ERIKSEN<br>VA Bar No. 72399<br>Trial Attorney, Detailee<br>1301 New York Avenue, NW, 8th Floor<br>Washington, DC 20530<br>(202) 616-4385<br>Elizabeth.Eriksen@usdoj.gov |